1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



FILED
JAN 17 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         ) Case No.
                                  )
              Plaintiff,          ) 2:13-CR-0018 MCE
                                  )
         v.                       ) ORDER TO SEAL
                                  )
DEAN LYNN CHRISTIANSEN,           ) (UNDER SEAL)
                                  )
              Defendant.          )
                                  )
                                  )  **SEALED**
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 1/17/13

_____
DALE A. DROZD
United States Magistrate Judge

1