**FILED**
January 22, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )   Case No. 2:13-CR-00018-MCE
           Plaintiff,              )
v.                                 )   ORDER FOR RELEASE OF
                                   )   PERSON IN CUSTODY
DEAN LYNN CHRISTIANSEN,            )
                                   )
           Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DEAN LYNN CHRISTIANSEN, Case No. 2:13-CR-00018-MCE, Charge Title 21 USC §2252, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ 100,000 (co-signed)

   ✔ Unsecured Appearance Bond

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

   ✔ (Other)   With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 22, 2013 at 2:50 pm.

By  _Dale A. Drozd_
   Dale A. Drozd
   United States Magistrate Judge