**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:   (916) 395-4422
Fax:     (916) 395-4423
Email:   greglaw@jps.net

Attorney for Dean Christiansen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DEAN LYNN CHRISTIANSEN,<br><br>　　　　　　　　Defendant(s). | Case No.:   2:13-CR-00018-MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME**<br>DATE:  March 14, 2013<br>TIME:  9:00 a.m.<br>JUDGE:  Hon. Morrison England |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Kyle Reardon; and defendant Dean Christiansen, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. A status conference is currently set for March 14, 2013 at 9:00 a.m.

2. By this stipulation, the above-named defendants now move to continue the status conference to May 16, 2013 at 9:00 a.m., and to exclude time between March 14, 2013 and May 16, 2013 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

　　a.　The government has provided defense counsel with the discovery associated with this case.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and/or will be made available.

1

    b.    Counsel for defendant has been reviewing these materials, discussing them with his client, and assessing potential trial and sentencing issues.

    c.    Additionally, the government has recently provided a proposed plea agreement to defense counsel, which defense counsel have been discussing with the defendant.

    d.    Defense counsel needs additional time, taking into account the exercise of due diligence, to review the materials described above and to discuss them with the defendant, and otherwise effectively prepare for the disposition of this case.  Based on the Court's available calendars and the availability of defense counsel, the parties ask that the Court set this matter for a status conference on May 16, 2013, and that it find excludable time from March 14, 2013 to May 16, 2013 through and including the March 14, 2013 status conference.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from March 14, 2013 to May 16, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5.  Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: March 11, 2013                             BENJAMIN B. WAGNER
                                                  United States Attorney

                                                   /s/ Kyle Reardon
                                                  KYLE REARDON
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff United States


DATED: March 11, 2013

                                                   /s/ Gregory W. Foster
                                                  GREGORY W. FOSTER
                                                  Attorney for Defendant Dean Christiansen


**ORDER**

   IT IS SO ORDERED.

Dated:  March 13, 2013

                                                  _____
                                                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                  UNITED STATES DISTRICT JUDGE