BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEAN LYNN CHRISTIANSEN,<br><br>Defendant. | CASE NO.  2:13-CR-00018 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM JUNE 27, 2013, TO JULY 18, 2013** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 27, 2013.

2. By this stipulation, the defendant now moves to continue the status conference until July 18, 2013, and to exclude time between June 27, 2013, and July 18, 2013 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes several hundred pages of discovery.  Included with this discovery is a significant

1 amount of computer evidence.  All of this discovery has been either produced directly to
2 counsel and/or made available for inspection and copying.
3        b.  Defense counsel is waiting for a report from a retained medical professional.
4 This report will assist Defense Counsel in evaluating the strength of the case and possible
5 defenses.
6        c.  Counsel for defendant believes that failure to grant the above-requested
7 continuance would deny him the reasonable time necessary for effective preparation,
8 taking into account the exercise of due diligence.
9        d.  The government does not object to the continuance.
10        e.  Based on the above-stated findings, the ends of justice served by continuing
11 the case as requested outweigh the interest of the public and the defendant in a trial
12 within the original date prescribed by the Speedy Trial Act.
13        f.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §
14 3161, et seq., the time period of June 27, 2013 to July 18, 2013, inclusive, is deemed
15 excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results
16 from a continuance granted by the Court at defendant's request on the basis of the
17 Court's finding that the ends of justice served by taking such action outweigh the best
18 interest of the public and the defendant in a speedy trial.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Stipulation and Proposed Order
United States v. Christiansen
2:13-CR-00018 MCE

1      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 25, 2013                        Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                     By:    */s/ Kyle Reardon*
                                            KYLE REARDON
                                            Assistant U.S. Attorney

Dated: June 25, 2013                        */s/ Kyle Reardon* for
                                            GREG FOSTER
                                            Attorney for the Defendant

**ORDER**

The parties' stipulation is approved and so ordered. The status conference currently scheduled for June 27, 2013, is hereby vacated and **continued to July 18, 2013, at 9 a.m.** in Courtroom 7. The time period beginning June 27, 2013, until July 18, 2013, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: July 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT