**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:    (916) 395-4422
Fax:        (916) 395-4423
Email:     greglaw@jps.net

Attorney for Dean Christiansen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:    2:13-CR-00018-MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME** |
| vs. | DATE:  October 24, 2014 |
| DEAN LYNN CHRISTIANSEN, | TIME:  9:00 a.m. |
| Defendant(s). | JUDGE:  Hon. Morrison England |

## STIPULATION

Plaintiff, United States of America, through Assistant U.S. Attorney Andre Espinosa; and defendant Dean Christiansen, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. A status conference is currently set for October 24, 2014 at 9:00 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status conference to December 18, 2014 at 9:00 a.m., and to exclude time between October 24, 2014 and December 18, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

    a.      The defendant has been evaluated by medical professionals for the issues related to his competency to stand trial.  A recent evaluation by a neurologist suggested a

1

referral to a psychiatrist.  The defendant and his family are trying to get appointments with a psychiatrist for that suggested purpose.  Information from that psychiatrist may be relevant to the issue of the defendant's competency.

4.  Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.  For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from March 14, 2013 to May 16, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

7.  Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

///

///

///

///

///

///

///

///

///

///

2

Stipulation and Order Continuing Status
*U.S. v. Christiansen*

**IT IS SO STIPULATED.**

DATED: October 20, 2014                    BENJAMIN B. WAGNER
                                           United States Attorney

                                            /s/ Andre Espinosa
                                           ANDRE ESPINOSA
                                           Assistant United States Attorney
                                           Attorney for Plaintiff United States

DATED: October 24, 2014

                                            /s/ Gregory W. Foster
                                           GREGORY W. FOSTER
                                           Attorney for Defendant Dean Christiansen

**ORDER**

IT IS SO ORDERED.

Dated:  October 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation and Order Continuing Status
*U.S. v. Christiansen*