**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:    (916) 395-4422
Fax:       (916) 395-4423
Email:    greglaw@jps.net

Attorney for Dean Christiansen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>         vs.<br><br>DEAN LYNN CHRISTIANSEN,<br><br>                                  Defendant(s). | Case No.:     2:13-CR-00018-MCE<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE;**<br>**FINDING OF EXCLUDABLE TIME**<br>DATE:  December 18, 2014<br>TIME:  9:00 a.m.<br>JUDGE:  Hon. Morrison England |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Andre Espinosa; and defendant Dean Christiansen, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. A status conference is currently set for December 18, 2014 at 9:00 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status conference to February 19, 2015 at 9:00 a.m., and to exclude time between December 18, 2014 and February 19, 2015 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

a.    The defendant has been evaluated by medical professionals for the issues related to his competency to stand trial.  A recent evaluation by a neurologist suggested a referral to a psychiatrist.  The defendant has engaged the services of a local psychiatric

1

treatment facility in this regard and is currently in a full time program with that facility. Information from that psychiatrist may be relevant to the issue of the defendant's competency.

b.  In addition, the defendant has sought medical assistance for his condition since he first became aware of it.  He consulted with a local neurologist who noted that he presented with a very complex case with progression cognitive impairment, judgment issues, problems with balance, and muscle twitches.  The doctor was concerned that he may have an unusual form of dementia and referred him to a national expert in San Francisco for another evaluation.

c.  Per the terms of his pretrial release, the defendant has regularly met with a psychologist since November of 2012 and in August of 2014 the psychologist opined that the defendant has severe neurocognitive deficits and noted that he has suffered a significant and rapid deterioration of his functioning, particularly in the last year.

d.  The local neurologist reviewed the test results from the expert in San Francisco and ruled out some possible diagnoses and referred the defendant to UC Davis for an opinion to include psychiatric, neuro-ophthalmological, and neurological assessments.  Unfortunately UC Davis is not accepting new patients in neurology.  The defendant's wife has been able to make an appointment with a neurologist at Kaiser Hospital in Roseville which will happen in the near future.

e.  These medical issues are directly related to the issue of the defendant's competency to stand trial on these charges.  The family is working hard to get a medical diagnosis of this complex and degenerative condition and the inquiry is still underway.

f.  The government has been kept abreast of this issue.  The government agrees to consent to the continuance sought by this stipulation but has informed defense counsel that, in the absence of extraordinary circumstances, the government will likely oppose future requests to continue this matter.

2

Stipulation and Order Continuing Status
*U.S. v. Christiansen*

4.  Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.  For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from December 18, 2014 to February 19, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

7.  Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: Dec. 13, 2014                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Andre Espinosa
                                        ANDRE ESPINOSA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff United States

3

DATED: Dec. 13, 2014

/s/ Gregory W. Foster
GREGORY W. FOSTER
Attorney for Defendant Dean Christiansen

**ORDER**

IT IS SO ORDERED.

Dated:  December 16, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

4