**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:    (916) 395-4422
Fax:        (916) 395-4423
Email:     greglaw@jps.net

Attorney for Dean Christiansen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>DEAN LYNN CHRISTIANSEN,<br><br>                    Defendant(s). | Case No.:   2:13-CR-00018-MCE<br><br>**ORDER TO SEAL DOCUMENTS**<br><br>**(Local Rule 141)** |

GOOD CAUSE APPEARING, and for the reasons set-forth in defendant CHRISTIANSEN'S' Request to Seal Document, it is hereby ordered that te following document

**[SEALED] DECLARATION OF GREGORY W. FOSTER IN SUPPORT OF MOTION FOR HEARING ON THEMENTAL COMPETENCY OF THE DEFENDANT TO STAND TRIAL.**

be filed under seal, subject only to a motion to unseal, for good cause shown, pursuant to Local Rule 141(f).

IT IS SO ORDERED.

Dated:  March 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT