**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:    (916) 395-4422
Fax:       (916) 395-4423
Email:     greglaw@jps.net

Attorney for Dean Christiansen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEAN LYNN CHRISTIANSEN,<br><br>Defendant(s). | Case No.:    2:13-CR-00018-MCE<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE;**<br>**FINDING OF EXCLUDABLE TIME**<br>DATE:  March 26, 2015<br>TIME:  9:00 a.m.<br>JUDGE:  Hon. Morrison England |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Andre Espinosa; and defendant Dean Christiansen, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1.  A status conference is currently set for March 26, 2015 at 9:00 a.m.

2.  By this stipulation, the above-named defendant now moves to continue the status conference to April 23, 2015 at 9:00 a.m., and to exclude time between March 26, 2015 and April 23, 2015 under Local Code T4.  Plaintiff does not oppose this request.

3.  The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

a.     Defense counsel is currently involved in a jury trial in state court, *People v. Felix,* 13F07431 and it expected to be available sometime after April 15, 2015, which is the current estimate of when the jury deliberations will likely be completed.

1

b.  In addition, the parties are exploring a suggestion or stipulation to the court for one or two local practitioners to evaluate the defendant for opinions about his current competency to stand trial.   Additional time is necessary for the government to review appropriate candidates for that task.

4.  Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.  For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from March 26, 2015 to April 23, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

7.  Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: March 24, 2015                              BENJAMIN B. WAGNER
                                                   United States Attorney

                                                    /s/ Andre Espinosa
                                                   ANDRE ESPINOSA
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff United States

DATED: March 24, 2015

                                                    /s/ Gregory W. Foster
                                                   GREGORY W. FOSTER
                                                   Attorney for Defendant Dean Christiansen

2

### ORDER

The status conference and hearing on Defendant's Motion for Hearing on Mental Competency are continued to April 23, 2015 at 9:00 a.m.  The time period from March 26, 2015 to April 23, 2015, inclusive, is excluded for purposes of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., pursuant to 18 U.S.C. § 3161(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  March 26, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order Continuing Status
U.S. v. Christiansen