**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:    (916) 395-4422
Fax:       (916) 395-4423
Email:    greglaw@jps.net

Attorney for Dean Christiansen

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>    vs.<br><br>DEAN LYNN CHRISTIANSEN,<br><br>                       Defendant(s). | Case No.:    2:13-CR-00018-MCE<br><br>**STIPULATION AND ORDER FOR COMPETENCY EXAMINATION PURSUANT TO 18 U.S.C. § 4241(b)**<br><br>DATE:    April 23, 2015<br>TIME:    9:00<br>JUDGE:  Hon. Morrison England |

## STIPULATION

Plaintiff, United States of America, through Assistant U.S. Attorney Andre Espinosa; and defendant Dean Christiansen, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. Following the hearing on defendant's motion regarding the mental competence of the defendant held on April 23, 2015, the parties conferred on the appointment of two evaluators and have agreed that Dr. Charles Schaffer and Dr. Paul Mattiuzzi are appropriate. Additionally each doctor confirmed that he is available to conduct the evaluation.

2. Therefore, the proposed order attached hereto appointing each under the guidelines set forth in the order is jointly submitted for the court's approval.

///

///

///

5. Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: May 4, 2015                                BENJAMIN B. WAGNER
                                                  United States Attorney

                                                   /s/ Andre Espinosa
                                                  ANDRE ESPINOSA
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff United States

DATED: May 4, 2015

                                                   /s/ Gregory W. Foster
                                                  GREGORY W. FOSTER
                                                  Attorney for Defendant Dean Christiansen

### ORDER

After hearing on this matter, based on the arguments presented and the declarations of defense counsel, the Court finds that there is reasonable cause to believe that defendant Dean Christiansen may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is (1) unable to understand the nature and consequences of the proceedings against him, or (2) unable to assist properly in his defense.

Therefore, the Court hereby orders the following:

1. The defendant shall submit to two mental competency evaluations to assess his competency to stand trial in this case;

2. The mental competency evaluations shall be conducted by:
   Dr. Charles Schaffer
   1455 34th Street
   Sacramento, CA 95816
   916.452.1504

   Dr. Paul Mattiuzzi
   PO Box 255841
   Sacramento, CAS 95818
   916.485.0285

Stipulation and Order For Competency Examination
U.S. v. Christiansen

3.   The evaluations will be returned to the court no later than June 18, 2015, unless the Court agrees to a request from either party for an extension of such time.

4.   The evaluations are to address the legal issue of competency of Dean Christiansen and at a minimum will include consideration and discussion of:

(a) Mr. Christiansen's history and present symptoms;

(b) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(c) the examiner's findings; and

(d) the examiner's opinions as to diagnosis, prognosis, and whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

5.   The examiners appointed shall review the BOP Guidelines for Forensic Evaluations and incorporate the same protocol in the evaluation, such as the defendant's history, behavioral observations, collateral observations (such as police reports), medical history, psychological testing, and forensic interviews.

**IT IS SO ORDERED.**

**Dated:  May 8, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order For Competency Examination
U.S. v. Christiansen