**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:    (916) 395-4422
Fax:       (916) 395-4423
Email:     greglaw@jps.net

Attorney for Dean Christiansen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>        vs.<br><br>DEAN LYNN CHRISTIANSEN,<br><br>                             Defendant(s). | Case No.:     2:13-CR-00018-MCE<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE;**<br>**FINDING OF EXCLUDABLE TIME**<br>DATE:  July 9, 2015<br>TIME:  9:00 a.m.<br>JUDGE:  Hon. Morrison England |

**STIPULATION**

    Plaintiff, United States of America, through Assistant U.S. Attorney Andre Espinosa; and defendant Dean Christiansen, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

    1. A status conference is currently set for July 9, 2015 at 9:00 a.m.

    2. By this stipulation, the above-named defendant now moves to continue the status conference to August 13, 2015 at 9:00 a.m., and to exclude time between July 9, 2015 and August 13, 2015 under Local Code A.  Plaintiff does not oppose this request.

    3.   The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

///

///

///

1

a.    The defendant is currently undergoing competency evaluations by a psychiatrist and a psychologist.  One of the reports is completed but Dr. Schaffer requires additional time because his efforts to collect recent medical evaluations of Mr. Christiansen have run into unexpected delays.  Additionally, the parties will need some time after receipt of the reports to evaluate the same and to consider further proceedings in light of the doctors' evaluations.

4.  Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.  For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from July 9, 2015 to August 13, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(a) [Local Code A] because it results from a delay from proceedings, including any examinations, to determine the mental competency of the defendant.

///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order Continuing Status
*U.S. v. Christiansen*

6.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

7.  Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: July 7, 2015                                                  BENJAMIN B. WAGNER
                                                                                    United States Attorney

                                                                                     /s/ Andre Espinosa
                                                                                    ANDRE ESPINOSA
                                                                                    Assistant United States Attorney
                                                                                    Attorney for Plaintiff United States

DATED: July 7, 2015

                                                                                     /s/ Gregory W. Foster
                                                                                    GREGORY W. FOSTER
                                                                                    Attorney for Defendant Dean Christiansen

**ORDER**

IT IS SO ORDERED.

Dated:  July 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order Continuing Status
*U.S. v. Christiansen*