1

**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**

2

1104 Corporate Way
Sacramento, CA  95831

3

Phone:     (916) 395-4422
Fax:        (916) 395-4423

4

Email:     greglaw@jps.net

5

Attorney for Dean Christiansen

6

7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10

UNITED STATES OF AMERICA,

Case No.:     2:13-CR-00018-MCE

11

Plaintiff,

**STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE;
FINDING OF EXCLUDABLE TIME**

12

vs.

DATE:  August 13, 2015
TIME:  9:00 a.m.

13

DEAN LYNN CHRISTIANSEN,

JUDGE:  Hon. Morrison England

14

Defendant(s).

15

16

**STIPULATION**

17

Plaintiff, United States of America, through Assistant U.S. Attorney Andre Espinosa; and

18

defendant Dean Christiansen, through counsel Gregory W. Foster, hereby stipulate and agree as

19

follows:

20

1.  A status conference is currently set for August 13, 2015 at 9:00 a.m.

21

2.  By this stipulation, the above-named defendant now moves to continue the status

22

conference to September 17, 2015 at 9:00 a.m., and to exclude time between August 13, 2015 and

23

September 17, 2015 under Local Code A.  Plaintiff does not oppose this request.

24

3.   The basis upon which the parties agree to this proposed continuance of the status

25

conference is as follows:

26

///

27

///

28

///

1

a.      The defendant has undergone competency evaluations by a psychiatrist and a psychologist and both reports have been prepared.  Defendant's counsel needs additional time to review the evaluations and consult with defendant.  Additionally, defendant's counsel is involved in a multiple-defendant jury trial in state court that is expected to conclude on or about August 13, 2015 and likely will not be available.

4.   Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.   For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from August 13, 2015 to September 17, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(a) [Local Code A] because it results from a delay from proceedings, including any examinations, to determine the mental competency of the defendant.

6.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

///

///

///

///

///

///

///

Stipulation and Order Continuing Status
*U.S. v. Christiansen*

7. Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: August 11, 2015          BENJAMIN B. WAGNER
United States Attorney

/s/ Andre Espinosa
ANDRE ESPINOSA
Assistant United States Attorney
Attorney for Plaintiff United States

DATED: August 11, 2015

/s/ Gregory W. Foster
GREGORY W. FOSTER
Attorney for Defendant Dean Christiansen

**ORDER**

IT IS SO ORDERED.

Dated: August 12, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation and Order Continuing Status
*U.S. v. Christiansen*