**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:   (916) 395-4422
Fax:       (916) 395-4423
Email:    greglaw@jps.net

Attorney for Dean Christiansen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br>DEAN LYNN CHRISTIANSEN,<br><br>　　　　　　　　Defendant(s). | Case No.:   2:13-CR-00018-MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME**<br>DATE: September 17, 2015<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison England |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Andre Espinosa; and defendant Dean Christiansen, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. A status conference is currently set for September 17, 2015 at 9:00 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status conference to September 24, 2015 at 9:00 a.m., and to exclude time between September 17, 2015 and September 24, 2015 under Local Code A and under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

///

///

      a.      The defendant has undergone competency evaluations by a psychiatrist and a psychologist and both reports have been prepared.  Defendant's counsel needs additional time to review the evaluations and consult with defendant's treating psychologist.  Additionally, defendant's counsel is involved in a jury trial in state court that may or may not conclude by September 17, 2015 and there is a real possibility that defense counsel will not be available.

4. Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from September 17, 2015 to September 24, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(a) [Local Code A] because it results from a delay from proceedings, including any examinations, to determine the mental competency of the defendant, and the same time period is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///

Stipulation and Order Continuing Status
*U.S. v. Christiansen*

7. Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: September 14, 2015          BENJAMIN B. WAGNER
                                   United States Attorney

                                    /s/ Andre Espinosa
                                   ANDRE ESPINOSA
                                   Assistant United States Attorney
                                   Attorney for Plaintiff United States

DATED: September 14, 2015

                                    /s/ Gregory W. Foster
                                   GREGORY W. FOSTER
                                   Attorney for Defendant Dean Christiansen

**ORDER**

IT IS SO ORDERED.

Dated:  September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT