**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:   (916) 395-4422
Fax:      (916) 395-4423
Email:    greglaw@jps.net

Attorney for Dean Christiansen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>DEAN LYNN CHRISTIANSEN,<br><br>             Defendant(s). | Case No.:   2:13-CR-00018-MCE<br><br>**ORDER TO SEAL DOCUMENT 73-2.**<br><br>**(Local Rule 141)** |

GOOD CAUSE APPEARING, and for the reasons set-forth in the parties stipulation, it is the order of this Court that the following document, Document 73-2, which was filed April 19, 2016, shall be hereafter sealed, subject only to a motion to unseal, for good cause shown, pursuant to Local Rule 141(f).

IT IS SO ORDERED.

Dated:  April 27, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1